AO 154 (10/05) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ CALIFORNIA

MARK LESTER

Plaintiff (s),

V.

J.P. MORGAN CHASE BANK, N.A.; et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  3:12-cv-05491-LB

Notice is hereby given that, subject to approval by the court,  MARK LESTER _____ substitutes

(Party (s) Name)

Lenore Albert, Esq. _____ , State Bar No. 210876 _____ as counsel of record in

(Name of New Attorney)

place of  Vernon L. Bradley and the Law Offices of Vernon L. Bradley

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:          Law Offices of Lenore Albert

Address:            7755 Center Avenue, Suite #1100, Huntington Beach, CA 92647

Telephone:          714-372-2264                        Facsimile  419-831-3376

E-Mail (Optional):  lenalbert@interactivecounsel.com

I consent to the above substitution.

Date:          10/15/2013

(Signature of Party (s))

I consent to being substituted.

Date:          10/15/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:          10/14/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:      November 4, 2013

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]