UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARK LESTER, | No. C 12-05491 LB |
| Plaintiff, | **ORDER AMENDING CASE MANAGEMENT SCHEDULE** |
| v. | |
| J.P. MORGAN CHASE BANK, et al., | |
| Defendants. | |

Following the case management conference held on March 27, 2015, the court issues this revised scheduling order.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Last date to exchange initial disclosures | 4/3/2015 |
| Non-expert discovery completion date | 5/15/2015 |
| Expert disclosures required by Federal Rules of Civil Procedure | 5/30/2015 |
| Rebuttal expert disclosures | 6/20/2015 |
| Expert discovery completion date | 7/15/2015 |
| Last hearing date for dispositive motions and/or further case management conference | 7/30/2015 |
| Meet and confer re pretrial filings | 8/11/2015 |
| Pretrial filings due | 8/20/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/27/2015 |

C 12-05491 LB
ORDER

| | |
|---|---|
| Final Pretrial Conference | 9/10/2015, at 11:00 a.m. |
| Trial | 9/21/2015, at 8:30 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
LAUREL BEELER
United States Magistrate Judge